255 F.2d 928
 Joe Starr GULLAHORN
v.
C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.
 No. 5832.
United States Court of Appeals,
Tenth Circuit.
 May 14, 1958.
 
 Appeal from the United States District Court for the District of Kansas.
 Before MURRAH, PICKETT and LEWIS, Circuit Judges.
 PER CURIAM. Affirmed without written opinion.
 
 
 1
 No appearance for appellant.
 
 
 2
 William C. Farmer, U.S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U.S. Atty., Kansas City, Kan., for appellee.